UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GOVERNOR GAVIN NEWSOM, et al.,<br><br>　　　　Respondents. | Case No.: 1:25-cv-00204-JLT-SKO (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 9]<br><br>[DEADLINE: APRIL 13, 2025] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 20, 2025, the Court issued Findings and Recommendations to dismiss the petition. (Doc. 6.) Petitioner was granted twenty-one (21) days to file objections. On March 18, 2025, Petitioner filed a first request for extension of time to file objections. (Doc. 9.)

　　　Good cause having been presented and good cause appearing therefor, Petitioner is GRANTED thirty (30) days to and including April 13, 2025, to file objections.

IT IS SO ORDERED.

Dated:   **March 19, 2025**　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1